

# NUMBER 13-22-00343-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOHNATHAN BALL,                                                          Appellant,

v.

ISAAC SAGREDO,                                                           Appellee.

## On appeal from the 389th District Court
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Silva
### Memorandum Opinion by Justice Benavides

This matter is before the Court on appellant's and appellee's motions to dismiss the appeal. Both parties individually request that the matter be dismissed.

The Court, having considered the motions, is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's and appellee's motions to dismiss are granted, and the appeal is hereby dismissed. Costs will be taxed against

the appellant. *See* TEX. R. APP. P. 42.1(d) (Absent agreement of the parties, the court will tax costs against the appellant.). Because the appeal is dismissed at the parties' request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
18th day of August, 2022.